IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KURT J. ELLINGER | * |
| Plaintiff | * |
| v. | * |
| THOMAS C. FRAZIER, Commissioner | *   Civil Action No. JFM 98-3272 |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

UPON CONSIDERATION of the Unopposed Motion for an Extension of Time it is this **3rd** day of **Dec**, 1999, by the United States District Court for the District of Maryland,

ORDERED, that the time for filing Plaintiff's Answer to Defendant's Motion for Summary Judgment be extended to December 10, 1999.

J. Frederick Motz
Chief United States District Judge