IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



KURT J. ELLINGER,                    *
                                     *
        Plaintiff                    *
                                     *
v.                                   *   Civil Action No. JFM-98-3272
                                     *
                                     *
THOMAS C. FRAZIER,                   *
        COMMISSIONER                 *
                                     *
        Defendant.                   *
                        ************

ORDER

For the reasons stated in the memorandum entered herewith, it is, this /8th day of January, 2000

ORDERED

1. Defendant Thomas C. Frazier's motion for summary judgment is granted;

2. Judgment is entered in favor of defendant against plaintiff; and

3. The Clerk is directed to close this file.

_____
J. Frederick Motz
United States District Judge